*In re* ESTATE OF ANNE G. MOELLER—(WILLIAM P. McGUIRK, Petitioner-Appellee Cross-Appellant, *v.* KATHRYN M. NISSEN *et al.*, Respondents-Appellants)—(KATHRYN M. NISSEN, Admrx., Petitioner-Appellee, *v.* WILLIAM P. McGUIRK, Objector-Appellant.)

(Nos. 54184, 54451, cons.;

First District—May 10, 1971.

*Rehearing denied June 8, 1971.*

*Abstract of Decision*

Opinion by Mr. JUSTICE LYONS.

Harry G. Fins, of Chicago, for respondents-appellants.

John G. Phillips, of Chicago, (Ellis B. Rosenzweig, of counsel,) for petitioner-appellee cross-appellant.

OAK PARK NATIONAL BANK, as Trustee, Plaintiff-Appellee, *v.* VILLAGE OF NORRIDGE, Defendant-Appellant.

(No. 54488;

First District—May 17, 1971.

*Rehearing denied June 8, 1971.*